681 A.2d 745

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Timothy McENANY, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 30, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this 30th day of August, 1996, the Petition for Allowance of Appeal is granted limited to the issue of the

admissibility of Petitioner's cellular phone, cellular phone memory chip and cellular phone records.